Heather L. Rosing, Bar No. 183986
Earll M. Pott, Bar No. 156516
Tara R. Burd, Bar No. 276676
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
epott@klinedinstlaw.com
tburd@klinedinstlaw.com

Attorneys for George Rikos and the Law Offices of George Rikos

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DOMI Publications, LLC,<br><br>　　Debtor. | U.S.D.C Case No.: **'20CV0871 JAH BLM**<br><br>Bankruptcy Case No. 20-10250-btb (Bankr. D. Nev.)<br><br>Chapter 7<br><br>**DOMI PUBLICATIONS, LLC'S NOTICE OF MOTION AND MOTION TO QUASH OUT OF DISTRICT SUBPOENAS**<br><br>Date:　　　　To be set.<br>Time:　　　　To be set.<br>Crtrm.:　　　To be set. |

TO THE COURT AND THE PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that on _____ in Department ___ of the above-entitled Court, located at _____, non-party, George Rikos and the Law Offices of George Rikos (collectively, "Rikos") will move for an order

quashing the Subpoena to Produce Documents, Information, or Objection or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) and Subpoena for Rule 2004 Examination (collectively, the "Subpoenas") served upon them.

Rikos brings this Motion under Federal Rules of Civil Procedure, Rules 26 and 45, and the Federal Rules of Bankruptcy Procedure, Rules 7026 and 9016, on the following grounds:

**1. The Subpoenas have been issues for an improper purpose, outside the scope of the intended use of Fed. R. Bankr. P. 2004.** It is improper for the subpoenaing party – creditors in the bankruptcy and plaintiffs in the State Court Action – to take advantage of Rule 2004 to obtain discovery from their opposing party, including their strategies, privileged communications, and attorney work product.

**2. The Subpoenas seek protected attorney work product.** Privileged matters are not generally discoverable under Fed. R. Civ .P. 26(b)(1), and the Bankruptcy Trustee's waiver of privilege should not extend to the Subpoenas issued here, by Riko's state court adversary.

**3. The Subpoenas seek communications protected by the State Court Action's Defendants' Joint Defense Agreement.** Privileged matters are not generally discoverable under Fed. R. Civ .P. 26(b)(1), and the Bankruptcy Trustee does not have the authority to waive the joint defense privilege that is shared by DOMI's co-defendant, Michael Pratt.

**4. The Subpoenas are premature because the subpoenaing parties failed to take reasonable steps to mitigate the burden on Rikos.** Rule 45 requires that the serving party take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. Fed. R. Civ. P. 45(d)(1). The subpoenaing party has failed this obligation.

/ / /

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

**5.     The Subpoenas are overbroad, unnecessary, and unmanageable.** The expansive scope of the definitions and document requests leaves Rikos with the impossible task of checking every corporate nook and cranny, then reviewing millions of documents to avoid the improper production of a document protected by attorney client privilege in another case.

**6.     Rikos lacked adequate time to respond to the Subpoenas.** To adequately comply with any document request that requires the collection and review of his entire email and document files, Rikos requires substantially more time, no less than 90 days.

**7.     Rule 45 requires the subpoenaing part to pay the costs of compliance.** This Court must protect Rikos from significant expense resulting from compliance by shifting the financial burden to the issuing party.

This Motion follows meet and confer calls between Rikos's counsel and counsel for the subpoenaing party. No agreement could be reached, particularly given that Rikos only received 14 days notice.

This Motion is based on the attached Memorandum of Points and Authorities in support of the motion; the Declaration of George Rikos attached hereto; the statutes and case law of California, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Civil Procedure; the oral argument of counsel; and any other matters for which the Court may take judicial notice.

KLINEDINST PC

DATED:  May 8, 2020     By:     */s/ Earll M. Pott*
                                  Heather L. Rosing
                                  Earll M. Pott
                                  Tara R. Burd
                                  Attorneys for George Rikos and Law Offices of George Rikos

18407510.1