Heather L. Rosing, Bar No. 183986
Earll M. Pott, Bar No. 156516
Tara R. Burd, Bar No. 276676
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
epott@klinedinstlaw.com
tburd@klinedinstlaw.com

Attorneys for George Rikos and the Law Offices of George Rikos

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DOMI Publications, LLC,<br><br>Debtor. | Case No.: **'20CV0871 JAH BLM**<br><br>Bankruptcy Case No. 20-10250-btb (Bankr. D. Nev.)<br><br>Chapter 7<br><br>**DOMI PUBLICATIONS, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO QUASH OUT OF DISTRICT SUBPOENAS**<br><br>Date: Not yet set<br>Time: Not yet set<br>Crtrm.: Not yet set |

PLEASE TAKE NOTICE that George Rikos and the Law Offices of George Rikos (collectively, "Rikos"), in support of their Motion to Quash Out of District Subpoenas hereby submits the following Requests for Judicial Notice.

This Court may take judicial notice of facts that are not subject to reasonable dispute because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201. Respondent

respectfully requests that this Court take judicial notice, pursuant to Federal Rules of Bankruptcy Procedure Rule 9017, and the Federal Rules of Evidence, Rule 201 of the following exhibits and facts when considering Rikos's Motion to Quash:

1. The existence of San Diego Superior Court case number 37-2016-00019027-CU-FR-CTL filed on June 2, 2016.

2. The existence of San Diego Superior Court case number 37-2017-00033321-CU-FR-CTL.

3. The existence of San Diego Superior Court case number 37-2017-00043712-CU-FR-CTL.

4. The existence of United States District Court, Southern District of California, case No. 3:19-cr-04488-JLS-1, known as *United States v. Michael J. Pratt, et. al*.

5. The existence of case number 20-10250-btb filed by DOMI Publications, LLC in the United States Bankruptcy Court, District of Nevada.

6. That Exhibit D attached hereto is a true and correct copy of the docket in case number 20-10250-btb filed by DOMI Publications, LLC in the United States Bankruptcy Court, District of Nevada.

7. That the docket attached as Exhibit D, in United States Bankruptcy Court, District of Nevada, case number 20-10250-btb, reflects that the debtor listed $32,278.84 in assets and $12,928,024.12 in liabilities in its petition.

8. That the docket attached as Exhibit D, in United States Bankruptcy Court, District of Nevada, case number 20-10250-btb, reflects a Motion for Abstention filed by the United States Trustee set for hearing on July 28, 2020.

9. That the docket attached as Exhibit D, in United States Bankruptcy Court, District of Nevada, case number 20-10250-btb, reflects that the Creditor Jane Does Nos. 1-22 filed Ex Parte Motions for 2004 Examinations of George Rikos and the Law Offices of George Rikos, Domi Publications, LLC, and Douglas Wiederhold, which were granted.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

10. That Exhibit E attached hereto is a true and correct copy of the Minute Order in San Diego Superior Court Case number 37-2016-0019027-CU-FR-CTL, wherein the court denied Plaintiff's request to take opposing counsel's deposition.

KLINEDINST PC

DATED: May 8, 2020       By:    */s/ Earll M. Pott*
                                Heather L. Rosing
                                Earll M. Pott
                                Tara R. Burd
                                Attorneys for George Rikos and the Law Offices of George Rikos

18412466.1