# EXHIBIT D

BAPCPA

# U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
### Bankruptcy Petition #: 20-10250-btb

*Assigned to:* BRUCE T. BEESLEY
Chapter 7
Voluntary
Asset

*Date filed:* 01/16/2020
341 meeting: 05/06/2020

*Debtor*
**DOMI PUBLICATIONS, LLC**
10620 SO. HIGHLANDS PKWY., #110-334
LAS VEGAS, NV 89141
CLARK-NV
Tax ID / EIN: 47-3277779
*dba* **MOMPOV.COM**

represented by **ROBERT S. LARSEN**
GORDON REES SCULLY
MANSUKHANI
300 SO 4TH ST, STE 1550
LAS VEGAS, NV 89101
(702) 577-9301
Fax : (702) 255-2858
Email: rlarsen@grsm.com

**MATTHEW C. ZIRZOW**
LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101
(702) 382-1170
Fax : (702) 382-1169
Email: mzirzow@lzlawnv.com

*Trustee*
**LENARD E. SCHWARTZER**
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146
(702) 307-2022

*U.S. Trustee*
**U.S. TRUSTEE - LV - 7**
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101

| Filing Date | # | Docket Text |
|---|---|---|
| 01/16/2020 | 1 (11 pgs) | Chapter 7 Voluntary Petition Non-Individual. Fee Amount $335. Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (ZIRZOW, MATTHEW) (Entered: 01/16/2020) |
| 01/16/2020 | 2 (1 pg) | Meeting of Creditors and Notice of Appointment of Trustee LENARD E. SCHWARTZER, . 341 meeting to be held on |

| | | |
|---|---|---|
| | | 02/19/2020 at 11:00 AM at 341s - Foley Bldg,Rm 1500. (Entered: 01/16/2020) |
| 01/16/2020 | 3 | Receipt of Filing Fee for Voluntary Petition 7(20-10250) [misc,volp7pb] ( 335.00). Receipt number 19325871, fee amount $ 335.00.(re: Doc#1) (U.S. Treasury) (Entered: 01/16/2020) |
| 01/16/2020 | 4 | Set Deficient Filing Deadlines. Incomplete Filings due by 1/30/2020. Summary of Assets and Liabilities due by 1/30/2020. Schedule A/B due by 1/30/2020. Schedule D due by 1/30/2020.Schedule E/F due by 1/30/2020. Schedule G due by 1/30/2020. Schedule H due by 1/30/2020. Declaration Under Penalty of Perjury due by 1/30/2020. Statement of Financial Affairs due by 1/30/2020. Atty Disclosure Statement due by 1/30/2020. Declaration Re: E-Filing due by 1/30/2020. (npc) (Entered: 01/17/2020) |
| 01/17/2020 | 5 (2 pgs) | Notice of Incomplete and/or Deficient Filing. (npc) (Entered: 01/17/2020) |
| 01/19/2020 | 6 (5 pgs) | BNC Certificate of Mailing (Related document(s)2 Meeting of Creditors Chapter 7 No Asset (BNC)) No. of Notices: 117. Notice Date 01/19/2020. (Admin.) (Entered: 01/19/2020) |
| 01/19/2020 | 7 (3 pgs) | BNC Certificate of Mailing. (Related document(s)5 Incomplete and/or Deficient Filing-Ch 7 Non-Individual (BNC)) No. of Notices: 1. Notice Date 01/19/2020. (Admin.) (Entered: 01/19/2020) |
| 01/22/2020 | 8 (2 pgs) | Supplemental Certificate of Service Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (Related document(s)2 Meeting of Creditors Chapter 7 No Asset (BNC)) (ZIRZOW, MATTHEW) (Entered: 01/22/2020) |
| 01/30/2020 | 9 (2 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (ZIRZOW, MATTHEW) (Entered: 01/30/2020) |
| 01/30/2020 | 10 (2 pgs) | Notice of Hearing Hearing Date: 3/18/2020 Hearing Time: 11:00 a.m. Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (Related document(s)9 Motion to Extend Deadline to File Schedules filed by Debtor DOMI PUBLICATIONS, LLC) (ZIRZOW, MATTHEW) (Entered: 01/30/2020) |
| 01/31/2020 | 11 | Hearing Scheduled/Rescheduled. Hearing scheduled 3/18/2020 at 11:00 AM at BTB LV-Courtroom 4, Foley Federal Bldg. (Related document(s)9 Motion to Extend Deadline to File Schedules filed by Debtor DOMI PUBLICATIONS, LLC) (arv) (Entered: 01/31/2020) |

| | | |
|---|---|---|
| 01/31/2020 | 12<br>(6 pgs) | Certificate of Service Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (Related document(s)9 Motion to Extend Deadline to File Schedules filed by Debtor DOMI PUBLICATIONS, LLC, 10 Notice of Hearing filed by Debtor DOMI PUBLICATIONS, LLC) (ZIRZOW, MATTHEW) (Entered: 01/31/2020) |
| 02/05/2020 | 13<br>(90 pgs) | Non-Individual Summary of Assets and Liabilities, Schedule[s]A/B, Real Property Amount: $ 0, Personal Property Amount: $ 32278.84, D, Creditors Holding Secured Claims Amount: $ 0, E/F, Creditors Holding Unsecured Priority Claims Amount: $ 0, Creditors Holding Unsecured Nonpriority claims Amount: $ 12928024.12, G, H, Declaration Concerning Debtor[s] Schedules, Fee Amount $31, , Statement of Financial Affairs for Non-Individual , Corporate Ownership Statement , Amendment to List of Creditors, Disclosure of Compensation of Attorney for Debtor Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (Related document(s) 4 Set Deficient Filing Deadlines) (ZIRZOW, MATTHEW) (Entered: 02/05/2020) |
| 02/05/2020 | 14 | Receipt of Filing Fee for Schedules/Declaration Re Schedules(20-10250-btb) [misc,amdschs1] ( 31.00). Receipt number 19363765, fee amount $ 31.00.(re: Doc#13) (U.S. Treasury) (Entered: 02/05/2020) |
| 02/06/2020 | 15<br>(1 pg) | Declaration Re: Electronic Filing Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (ZIRZOW, MATTHEW) (Entered: 02/06/2020) |
| 02/06/2020 | 16<br>(3 pgs) | Supplemental Certificate of Service Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (Related document(s)2 Meeting of Creditors Chapter 7 No Asset (BNC)) (ZIRZOW, MATTHEW) (Entered: 02/06/2020) |
| 02/14/2020 | 17<br>(9 pgs) | Emergency Application *UNITED STATES TRUSTEES EMERGENCY MOTION FOR ORDER IMMEDIATELY SUSPENDING DEBTORS OPERATIONS* Filed by U.S. TRUSTEE - LV - 7 (STROZZA (rl), NICHOLAS) (Entered: 02/14/2020) |
| 02/14/2020 | 18<br>(207 pgs) | Declaration Of: JARED A. DAY Filed by U.S. TRUSTEE - LV - 7 (Related document(s)17 Miscellaneous Application filed by U.S. Trustee U.S. TRUSTEE - LV - 7) (STROZZA (rl), NICHOLAS) (Entered: 02/14/2020) |
| 02/14/2020 | 19<br>(3 pgs) | Ex Parte Motion for Order Shortening Time Filed by U.S. TRUSTEE - LV - 7 (Related document(s)17 Miscellaneous Application filed by U.S. Trustee U.S. TRUSTEE - LV - 7) (STROZZA (rl), NICHOLAS) (Entered: 02/14/2020) |

| | | |
|---|---|---|
| 02/14/2020 | [20](#) <br> (220 pgs) | Declaration Of: JARED A. DAY Filed by U.S. TRUSTEE - LV - 7 (Related document(s)[19](#) Motion for Order Shortening Time filed by U.S. Trustee U.S. TRUSTEE - LV - 7) (STROZZA (rl), NICHOLAS) (Entered: 02/14/2020) |
| 02/14/2020 | [21](#) <br> (1 pg) | Attorney Information Sheet Filed by U.S. TRUSTEE - LV - 7 (Related document(s)[19](#) Motion for Order Shortening Time filed by U.S. Trustee U.S. TRUSTEE - LV - 7) (STROZZA (rl), NICHOLAS) (Entered: 02/14/2020) |
| 02/14/2020 | [22](#) <br> (2 pgs) | Order Granting Motion for Order Shortening Time (Related document(s) [19](#)). Hearing scheduled 2/18/2020 at 01:30 PM at BTB LV-Courtroom 4, Foley Federal Bldg. (Related document(s)[17](#) Miscellaneous Application filed by U.S. Trustee U.S. TRUSTEE - LV - 7.) (lms) (Entered: 02/14/2020) |
| 02/15/2020 | [23](#) <br> (2 pgs) | Notice of Hearing Hearing Date: 02/18/2020 Hearing Time: 1:30 PM (Related document(s)[17](#) Miscellaneous Application filed by U.S. Trustee U.S. TRUSTEE - LV - 7.)(DAY, JARED) (Entered: 02/15/2020) |
| 02/15/2020 | [24](#) <br> (2 pgs) | Certificate of Service with Certificate of Service Filed by U.S. TRUSTEE - LV - 7 (Related document(s)[17](#) Miscellaneous Application filed by U.S. Trustee U.S. TRUSTEE - LV - 7, [18](#) Declaration filed by U.S. Trustee U.S. TRUSTEE - LV - 7, [22](#) Order on Motion for Order Shortening Time, [23](#) UST Notice of Hearing) (DAY, JARED) (Entered: 02/15/2020) |
| 02/17/2020 | [25](#) <br> (2 pgs) | Non-Opposition Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (Related document(s)[17](#) Miscellaneous Application filed by U.S. Trustee U.S. TRUSTEE - LV - 7.) (ZIRZOW, MATTHEW) (Entered: 02/17/2020) |
| 02/18/2020 | [26](#) <br> (4 pgs) | Trustee's Response *to United States Trustee's Emergency Motion for Order Immediately Suspending Debtor's Operations* Filed by LENARD E. SCHWARTZER on behalf of LENARD E. SCHWARTZER (Related document(s)[17](#) Miscellaneous Application filed by U.S. Trustee U.S. TRUSTEE - LV - 7.) (SCHWARTZER, LENARD) (Entered: 02/18/2020) |
| 02/20/2020 | 27 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 4/1/2020 at 11:30 AM at 341s - Foley Bldg,Rm 1500. (SCHWARTZER, LENARD) (Entered: 02/20/2020) |
| 02/20/2020 | [28](#) | Transcript regarding Hearing Held on 02/18/20. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855-873-2223. Purchasing Party: Nicholas Strozza. Redaction Request Due |

| | | |
|---|---|---|
| | | By 03/12/2020. Redacted Transcript Submission Due By 03/23/2020. Transcript access will be restricted through 05/20/2020. (ACCESS TRANSCRIPTS, LLC) (Entered: 02/20/2020) |
| 02/20/2020 | 29 (4 pgs) | Order Granting United States Trustee's Emergency Motion For Order Immediately Suspending Debtor's Operations (Related document(s) 17) (ccc) (Entered: 02/20/2020) |
| 02/20/2020 | 30 (1 pg) | Notice of Filing Official Transcript. Related document(s) 28 . (admin) (Entered: 02/20/2020) |
| 02/21/2020 | 31 (9 pgs) | Amended Non-Individual Summary of Assets and Liabilities, Schedule[s]A/B, Real Property Amount: $ 0, Personal Property Amount: $ 42035.52, Declaration Concerning Debtor[s] Schedules, Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (ZIRZOW, MATTHEW) (Entered: 02/21/2020) |
| 02/21/2020 | 32 (6 pgs) | BNC Certificate of Mailing - pdf (Related document(s)23 UST Notice of Hearing) No. of Notices: 129. Notice Date 02/21/2020. (Admin.) (Entered: 02/21/2020) |
| 02/23/2020 | 33 (5 pgs) | BNC Certificate of Mailing - pdf (Related document(s)30 Notice of Filing Official Transcript (BNC-BK)) No. of Notices: 129. Notice Date 02/23/2020. (Admin.) (Entered: 02/23/2020) |
| 03/02/2020 | 34 (15 pgs) | Motion for Abstention Under Section 305 *UNITED STATES TRUSTEES MOTION TO ABSTAIN BY DISMISSING CASE, OR IN THE ALTERNATIVE, TO DISMISS CASE FOR CAUSE, AND TO DIRECT THE VESTING OF ESTATE PROPERTY IN THE STATE COURT RECEIVER* Filed by U.S. TRUSTEE - LV - 7 (STROZZA (rl), NICHOLAS) (Entered: 03/02/2020) |
| 03/02/2020 | 35 (270 pgs) | Declaration Of: JARED A. DAY *DECLARATION OF JARED A. DAY IN SUPPORT OF UNITED STATES TRUSTEES MOTION TO ABSTAIN BY DISMISSING CASE, OR IN THE ALTERNATIVE, TO DISMISS CASE FOR CAUSE, AND TO DIRECT THE VESTING OF ESTATE PROPERTY IN THE STATE COURT RECEIVER* Filed by U.S. TRUSTEE - LV - 7 (Related document(s)34 Motion for Abstention Under Section 305 filed by U.S. Trustee U.S. TRUSTEE - LV - 7) (STROZZA (rl), NICHOLAS) (Entered: 03/02/2020) |
| 03/02/2020 | 36 (2 pgs) | Notice of Hearing *NOTICE OF HEARING ON UNITED STATES TRUSTEES MOTION TO ABSTAIN BY DISMISSING CASE, OR IN THE ALTERNATIVE, TO DISMISS CASE FOR CAUSE, AND TO DIRECT THE VESTING OF ESTATE PROPERTY IN THE STATE COURT RECEIVER* Hearing Date: 03/31/2020 Hearing Time: 11:00 a.m. (Related document(s)34 Motion for Abstention Under Section 305 filed |

| | | |
|---|---|---|
| | | by U.S. Trustee U.S. TRUSTEE - LV - 7.)(STROZZA (rl), NICHOLAS). Modified on 3/3/2020 to remove relationship to #35 (Youngblood, CL). (Entered: 03/02/2020) |
| 03/02/2020 | 37 (2 pgs) | Certificate of Service with Certificate of Service Filed by U.S. TRUSTEE - LV - 7 (Related document(s)34 Motion for Abstention Under Section 305 filed by U.S. Trustee U.S. TRUSTEE - LV - 7, 35 Declaration filed by U.S. Trustee U.S. TRUSTEE - LV - 7, 36 UST Notice of Hearing) (STROZZA (rl), NICHOLAS) (Entered: 03/02/2020) |
| 03/03/2020 | 38 | Hearing Scheduled/Rescheduled. Hearing scheduled 3/31/2020 at 11:00 AM at Foley Bldg,Third Floor. (Related document(s)34 Motion for Abstention Under Section 305 filed by U.S. Trustee U.S. TRUSTEE - LV - 7) (ccc) (Entered: 03/03/2020) |
| 03/05/2020 | 39 (6 pgs) | BNC Certificate of Mailing - pdf (Related document(s)36 UST Notice of Hearing) No. of Notices: 129. Notice Date 03/05/2020. (Admin.) (Entered: 03/05/2020) |
| 03/11/2020 | 40 (2 pgs) | Notice of Hearing *NOTICE OF RESCHEDULED HEARING ON UNITED STATES TRUSTEES MOTION TO ABSTAIN BY DISMISSING CASE, OR IN THE ALTERNATIVE, TO DISMISS CASE FOR CAUSE, AND TO DIRECT THE VESTING OF ESTATE PROPERTY IN THE STATE COURT RECEIVER* Hearing Date: 05/05/2020 Hearing Time: 1:30 p.m. (Related document(s)34 Motion for Abstention Under Section 305 filed by U.S. Trustee U.S. TRUSTEE - LV - 7.) (STROZZA (rl), NICHOLAS) (Entered: 03/11/2020) |
| 03/11/2020 | 41 (2 pgs) | Certificate of Service Filed by U.S. TRUSTEE - LV - 7 (Related document(s)40 UST Notice of Hearing) (STROZZA (rl), NICHOLAS) (Entered: 03/11/2020) |
| 03/12/2020 | 42 | Hearing Scheduled/Rescheduled. Hearing scheduled 5/5/2020 at 01:30 PM at BTB LV-Courtroom 4, Foley Federal Bldg. (Related document(s)34 Motion for Abstention Under Section 305 filed by U.S. Trustee U.S. TRUSTEE - LV - 7) (ccc) (Entered: 03/12/2020) |
| 03/13/2020 | 43 (6 pgs) | BNC Certificate of Mailing - pdf (Related document(s)40 UST Notice of Hearing) No. of Notices: 129. Notice Date 03/13/2020. (Admin.) (Entered: 03/13/2020) |
| 03/18/2020 | 44 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 5/6/2020 at 11:30 AM at 341s - Foley Bldg,Rm 1500. (SCHWARTZER, LENARD) (Entered: 03/18/2020) |
| 03/19/2020 | 45 (6 pgs; 2 docs) | Motion for Relief from Stay Property: Judgment in Excess of $12M Fee Amount $181. Filed by ROBERT S. LARSEN on |

| | | |
|---|---|---|
| | | behalf of c/o Robert S. Larsen Jane Does Nos. 1-22 (Attachments: # 1 Exhibit Information Sheet)(LARSEN, ROBERT) (Entered: 03/19/2020) |
| 03/19/2020 | 46 | Receipt of Filing Fee for Motion for Relief from Stay(20-10250-btb) [motion,mrlfsty] ( 181.00). Receipt number 19446441, fee amount $ 181.00.(re: Doc#45) (U.S. Treasury) (Entered: 03/19/2020) |
| 03/19/2020 | 47 (22 pgs; 4 docs) | Declaration Of: Edward D. Chapin Filed by ROBERT S. LARSEN on behalf of c/o Robert S. Larsen Jane Does Nos. 1-22 (Related document(s)45 Motion for Relief from Stay filed by Creditor c/o Robert S. Larsen Jane Does Nos. 1-22) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (LARSEN, ROBERT) (Entered: 03/19/2020) |
| 03/19/2020 | 48 (2 pgs) | Notice of Hearing Hearing Date: 05/05/2020 Hearing Time: 1:30 Filed by ROBERT S. LARSEN on behalf of c/o Robert S. Larsen Jane Does Nos. 1-22 (Related document(s)45 Motion for Relief from Stay filed by Creditor c/o Robert S. Larsen Jane Does Nos. 1-22) (LARSEN, ROBERT) (Entered: 03/19/2020) |
| 03/19/2020 | 49 (3 pgs) | Certificate of Service Filed by ROBERT S. LARSEN on behalf of c/o Robert S. Larsen Jane Does Nos. 1-22 (Related document(s)45 Motion for Relief from Stay filed by Creditor c/o Robert S. Larsen Jane Does Nos. 1-22) (LARSEN, ROBERT) (Entered: 03/19/2020) |
| 03/19/2020 | 50 (2 pgs) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information (Related Doc # 9) (ccc) (Entered: 03/19/2020) |
| 03/20/2020 | 51 | Hearing Scheduled/Rescheduled. Hearing scheduled 5/5/2020 at 01:30 PM at BTB LV-Courtroom 4, Foley Federal Bldg. (Related document(s)45 Motion for Relief from Stay filed by Creditor c/o Robert S. Larsen Jane Does Nos. 1-22) (ccc) (Entered: 03/20/2020) |
| 03/23/2020 | 52 (3 pgs) | Notice of Entry of Order Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (Related document(s)50 Order on Motion to Extend Deadline to File Schedules) (ZIRZOW, MATTHEW) (Entered: 03/23/2020) |
| 03/23/2020 | 53 (2 pgs) | Certificate of Service Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (Related document(s)52 Notice of Entry of Order filed by Debtor DOMI PUBLICATIONS, LLC) (ZIRZOW, MATTHEW) (Entered: 03/23/2020) |
| 03/27/2020 | 54 (8 pgs) | Amended Motion for Relief from Stay Property: continue state court litigation with Certificate of Service Filed by ROBERT |

| | | |
|---|---|---|
| | | S. LARSEN on behalf of JANE DOES NOS. 1-22 (Related document(s)45 Motion for Relief from Stay filed by Creditor JANE DOES NOS. 1-22)(LARSEN, ROBERT) (Entered: 03/27/2020) |
| 03/27/2020 | 55 (4 pgs) | Notice of Hearing Hearing Date: 05/05/2020 Hearing Time: 1:30 with Certificate of Service Filed by ROBERT S. LARSEN on behalf of JANE DOES NOS. 1-22 (Related document(s)54 Motion for Relief from Stay (Amended, Renewed) filed by Creditor JANE DOES NOS. 1-22) (LARSEN, ROBERT) (Entered: 03/27/2020) |
| 03/27/2020 | 56 (1 pg) | Notice of Docketing Error (Related document(s)55 Notice of Hearing (IRS) filed by Creditor JANE DOES NOS. 1-22) (ccc) (Entered: 03/27/2020) |
| 03/30/2020 | 57 (4 pgs) | Amended Notice of Hearing *for Amended Motion for Relief from Stay Property* Hearing Date: 05/05/2020 Hearing Time: 1:30 p.m. with Certificate of Service Filed by ROBERT S. LARSEN on behalf of DOMI PUBLICATIONS, LLC (Related document(s)54 Motion for Relief from Stay (Amended, Renewed) filed by Creditor JANE DOES NOS. 1-22) (LARSEN, ROBERT). Related document(s) Modified on 4/1/2020 to relate to #54 in place of #55 (Youngblood, CL). (Entered: 03/30/2020) |
| 03/30/2020 | 58 | Hearing Scheduled/Rescheduled. Hearing scheduled 5/5/2020 at 01:30 PM at BTB LV-Courtroom 4, Foley Federal Bldg. (Related document(s)54 Motion for Relief from Stay (Amended, Renewed) filed by Creditor JANE DOES NOS. 1-22) (ccc) (Entered: 03/30/2020) |
| 03/30/2020 | 59 (2 pgs) | Notice of Hearing *Notice of Rescheduled Hearing* Hearing Date: 7/28/2020 Hearing Time: 1:30 p.m. (Related document(s)34 Motion for Abstention Under Section 305 filed by U.S. Trustee U.S. TRUSTEE - LV - 7.)(STROZZA (rl), NICHOLAS) (Entered: 03/30/2020) |
| 03/30/2020 | 60 (2 pgs) | Certificate of Service Filed by U.S. TRUSTEE - LV - 7 (Related document(s)59 UST Notice of Hearing) (STROZZA (rl), NICHOLAS) (Entered: 03/30/2020) |
| 03/31/2020 | 61 | Hearing Scheduled/Rescheduled. Hearing scheduled 7/28/2020 at 01:30 PM at BTB LV-Courtroom 4, Foley Federal Bldg. (Related document(s)34 Motion for Abstention Under Section 305 filed by U.S. Trustee U.S. TRUSTEE - LV - 7) (ccc) (Entered: 03/31/2020) |
| 04/01/2020 | 62 (6 pgs) | BNC Certificate of Mailing - pdf (Related document(s)59 UST Notice of Hearing) No. of Notices: 130. Notice Date 04/01/2020. (Admin.) (Entered: 04/01/2020) |

| | | |
|---|---|---|
| 04/06/2020 | 63<br>(7 pgs; 2 docs) | Ex Parte Motion for 2004 Examination with Proposed Order with Certificate of Service Filed by ROBERT S. LARSEN on behalf of JANE DOES NOS. 1-22 (Attachments: # 1 proposed Order)(LARSEN, ROBERT) (Entered: 04/06/2020) |
| 04/06/2020 | 64<br>(7 pgs; 2 docs) | Ex Parte Motion for 2004 Examination with Proposed Order with Certificate of Service Filed by ROBERT S. LARSEN on behalf of JANE DOES NOS. 1-22 (Attachments: # 1 proposed Order)(LARSEN, ROBERT) (Entered: 04/06/2020) |
| 04/06/2020 | 65<br>(8 pgs) | Ex Parte Motion for 2004 Examination *of George Rikos and the Law Offices of George Rikos* with Proposed Order with Certificate of Service Filed by ROBERT S. LARSEN on behalf of Jane Doe Nos. 1-22 (LARSEN, ROBERT) (Entered: 04/06/2020) |
| 04/06/2020 | 66<br>(8 pgs) | Ex Parte Motion for 2004 Examination *of Debtor Domi Publications LLC* with Proposed Order with Certificate of Service Filed by ROBERT S. LARSEN on behalf of JANE DOES NOS. 1-22 (LARSEN, ROBERT) (Entered: 04/06/2020) |
| 04/08/2020 | 67<br>(2 pgs) | Order Granting Motion for 2004 Examination (Related document(s) 66) (ccc) (Entered: 04/08/2020) |
| 04/09/2020 | 68<br>(2 pgs) | Notice of Rescheduled Meeting - Remote 341(a) meeting to be held on 5/6/2020 at 11:30 AM at Remote. (SCHWARTZER, LENARD) (Entered: 04/09/2020) |
| 04/12/2020 | 69<br>(6 pgs) | BNC Certificate of Mailing - pdf (Related document(s)68 Notice of Rescheduled Meeting - Remote) No. of Notices: 130. Notice Date 04/12/2020. (Admin.) (Entered: 04/12/2020) |
| 04/13/2020 | 70<br>(4 pgs) | Order Granting Motion for 2004 Examination (Related document(s) 65) (ccc) (Entered: 04/13/2020) |
| 04/13/2020 | 71<br>(2 pgs) | Order Granting Motion for 2004 Examination (Related document(s) 63) (ccc) (Entered: 04/13/2020) |
| 04/13/2020 | 72<br>(2 pgs) | Order Granting Motion for 2004 Examination (Related document(s) 64) (ccc) (Entered: 04/13/2020) |
| 04/14/2020 | 73<br>(6 pgs) | Notice of Entry of Order *Ex Parte 2004 Exam Request of Debtor Domi Publications, LLC* with Certificate of Service Filed by ROBERT S. LARSEN on behalf of JANE DOES NOS. 1-22 (LARSEN, ROBERT) (Entered: 04/14/2020) |
| 04/14/2020 | 74<br>(8 pgs) | Notice of Entry of Order *Ex Parte 2004 Exam Request George Rikos and Law Office of George Rikos* with Certificate of Service Filed by ROBERT S. LARSEN on behalf of JANE DOES NOS. 1-22 (LARSEN, ROBERT) (Entered: 04/14/2020) |

| | | |
|---|---|---|
| 04/14/2020 | 75<br>(6 pgs) | Notice of Entry of Order *Ex Parte 2004 Exam Request Ryan Somavia* with Certificate of Service Filed by ROBERT S. LARSEN on behalf of JANE DOES NOS. 1-22 (LARSEN, ROBERT) (Entered: 04/14/2020) |
| 04/14/2020 | 76<br>(6 pgs) | Notice of Entry of Order *Ex Parte 2004 Exam Request Douglas Wiederhold* with Certificate of Service Filed by ROBERT S. LARSEN on behalf of JANE DOES NOS. 1-22 (LARSEN, ROBERT) (Entered: 04/14/2020) |
| 04/20/2020 | 77<br>(3 pgs) | Opposition Filed by MATTHEW C. ZIRZOW on behalf of DOMI PUBLICATIONS, LLC (Related document(s)54 Motion for Relief from Stay (Amended, Renewed) filed by Creditor JANE DOES NOS. 1-22.) (ZIRZOW, MATTHEW) (Entered: 04/20/2020) |
| 04/24/2020 | 78<br>(8 pgs) | Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. Fee Amount $250. VP Follow-up Date 05/8/2020 with Certificate of Service Filed by JEFFREY D. CAWDREY on behalf of JANE DOES NOS. 1-22 (CAWDREY, JEFFREY) (Entered: 04/24/2020) |
| 04/24/2020 | 79 | Receipt of Filing Fee for Verified Petition/Pro Hac Vice(20-10250-btb) [misc,verpeta] ( 250.00). Receipt number 19506877, fee amount $ 250.00.(re: Doc#78) (U.S. Treasury) (Entered: 04/24/2020) |
| 04/24/2020 | 80<br>(5 pgs) | Designation of Local Counsel Filed by JEFFREY D. CAWDREY on behalf of JANE DOES NOS. 1-22 (CAWDREY, JEFFREY). Related document(s) 78 Verified Petition/Pro Hac Vice filed by Creditor JANE DOES NOS. 1-22. Modified on 4/27/2020 to relate to #78 (Ivey, SD). (Entered: 04/24/2020) |
| 04/27/2020 | 81<br>(1 pg) | Order Approving Verified Petition (Related document(s)78 Verified Petition/Pro Hac Vice filed by Creditor JANE DOES NOS. 1-22.) (ccc) (Entered: 04/27/2020) |
| 04/28/2020 | 82<br>(5 pgs) | Reply Filed by JEFFREY D. CAWDREY on behalf of JANE DOE NOS. 1-22 (Related document(s)77 Opposition filed by Debtor DOMI PUBLICATIONS, LLC) (CAWDREY, JEFFREY). Modified on 4/29/2020 to relate to #77 in place of #54 (Youngblood, CL). (Entered: 04/28/2020) |
| 04/29/2020 | 83<br>(3 pgs) | Certificate of Service Filed by ROBERT S. LARSEN on behalf of JANE DOES NOS. 1-22 (Related document(s)82 Reply filed by Creditor JANE DOE NOS. 1-22) (LARSEN, ROBERT) (Entered: 04/29/2020) |
| 04/29/2020 | 84 | BNC Certificate of Mailing. (Related document(s)81 Order |

| | | |
|---|---|---|
| | (2 pgs) | Approving Verified Petition) No. of Notices: 1. Notice Date 04/29/2020. (Admin.) (Entered: 04/29/2020) |
| 05/01/2020 | 85 (1 pg) | Trustee's Response *To Amended Motion For Relief From Stay To Continue State Court Litigation* Filed by LENARD E. SCHWARTZER on behalf of LENARD E. SCHWARTZER (Related document(s)54 Motion for Relief from Stay (Amended, Renewed) filed by Creditor JANE DOES NOS. 1-22.) (SCHWARTZER, LENARD) (Entered: 05/01/2020) |
| 05/04/2020 | 86 (2 pgs) | Certificate of Service Filed by LENARD E. SCHWARTZER on behalf of LENARD E. SCHWARTZER (Related document(s)85 Response filed by Trustee LENARD E. SCHWARTZER) (SCHWARTZER, LENARD) (Entered: 05/04/2020) |
| 05/07/2020 | 87 | Initial Asset Report MEETING CONCLUDED. Debtor appeared. (SCHWARTZER, LENARD) (Entered: 05/07/2020) |
| 05/07/2020 | 88 (8 pgs; 2 docs) | Notice *of Issuance of Subpoena to Produce Document to George Rikos and the Law Offices of George Rikos* with Certificate of Service Filed by JEFFREY D. CAWDREY on behalf of JANE DOES NOS. 1-22 (Attachments: # 1 Exhibit 1) (CAWDREY, JEFFREY) (Entered: 05/07/2020) |
| 05/07/2020 | 89 (8 pgs; 2 docs) | Notice *of Issuance of Subpoena to Produce Document to Ryan Somavia* with Certificate of Service Filed by JEFFREY D. CAWDREY on behalf of JANE DOES NOS. 1-22 (Attachments: # 1 Exhibit 1) (CAWDREY, JEFFREY) (Entered: 05/07/2020) |
| 05/07/2020 | 90 (9 pgs; 2 docs) | Notice *of Issuance of Subpoena to Produce Document to Douglas Wiederhold* with Certificate of Service Filed by JEFFREY D. CAWDREY on behalf of JANE DOES NOS. 1-22 (Attachments: # 1 Exhibit 1) (CAWDREY, JEFFREY) (Entered: 05/07/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/08/2020 09:45:37 | | | |
| **PACER Login:** | tburd5109:4090122:4384457 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 20-10250-btb Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: |

|  |  |  | html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

EXHIBIT E

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN DIEGO
CENTRAL**

**MINUTE ORDER**

DATE: 10/31/2018  TIME: 09:00:00 AM  DEPT: C-73
JUDICIAL OFFICER PRESIDING: Joel R. Wohlfeil
CLERK: Andrea Taylor
REPORTER/ERM: Darla Kmety CSR# 12956
BAILIFF/COURT ATTENDANT: R. Camberos

CASE NO: **37-2016-00019027-CU-FR-CTL**  CASE INIT.DATE: 06/02/2016
CASE TITLE: **DOE vs GIRLSDOPORNCOM [IMAGED]**
CASE CATEGORY: Civil - Unlimited  CASE TYPE: Fraud

**EVENT TYPE**: Ex Parte

**APPEARANCES**
Brian M Holm, counsel, present for Respondent on Appeal,Plaintiff(s).
Edward Chapin, counsel, present for Defendant,Respondent on Appeal,Plaintiff(s).
John J O'Brien, counsel, present for Respondent on Appeal,Plaintiff(s).
George D Rikos, counsel, present for Defendant,Respondent on Appeal,Cross - Appellant,Appellant(s).
Aaron D Sadock, counsel, present for Defendant,Appellant(s).
Attorney Alexander Byler appears on behalf of the Defendant.

This being the time further set for Plaintiff's ex-parte in the above-entitled cause, counsel are before the Court as noted above.

Plaintiff makes the following ex-parte requests:

1) Request for a case management conference order
2) Order authorizing Administrative notice
3) Continuance of Domi's Summary Judgment motion set for 12/7/18 at 9:00 a.m.

Attorney Chapin and Attorney Saddack state on the record the discovery issues that have been resolved. Court orders counsel to file a stipulation and order regarding their agreement.

Counsel do not feel they need a case management conference order as they are attempting to work things out.

Court and counsel discuss Administrative notice. The Court hears further argument. The Court declines to change the nature of the Administrative notice as previously ruled upon.

Counsel are to email the court clerk forthwith their proposed notice and the Court will make a decision regarding the notice.

The Court denies the request to continue Domi's summary judgment set on 12/7/18.

Plaintiff's request to take opposing counsel's deposition is denied.

The Court does not find a violation of the stay.